[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 3, 2009
THOMAS K. KAHN
CLERK

No. 08-10942
Non-Argument Calendar

_____

D. C. Docket No. 06-60357-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CORNELIUS BRAYBOY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 3, 2009)

Before BARKETT, WILSON  and PRYOR, Circuit Judges.

PER CURIAM:

Edward D. Reagan, appointed counsel for Cornelius Brayboy, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v.California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brayboy's conviction and sentence are **AFFIRMED**.